

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00891-CV

**IN THE ESTATE OF** Adrian Dale **WILKINSON**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-03-0123-CVW
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed: April 10, 2019

DISMISSED

Appellants have filed an unopposed motion to dismiss this appeal stating the parties have reached a settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellants.

PER CURIAM